*First Division.*—Judges Webster J. Oliver, Irvin C. Mollison, and David J. Wilson.—*Second Division.*—Judges Charles D. Lawrence, Paul P. Rao, and Morgan Ford.—*Third Division.*—Judges Jed Johnson, Mary H. Donlon, and Scovel Richardson.

BEFORE THE THIRD DIVISION, JUNE 27, 1960

No. 64355.—Geo. Sanders & Co., Inc. *v.* United States, protest 329347–K (San Juan, P.R.).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Pan American Standard Brands, Inc., et al.* v. *United States* (43 Cust. Ct. 122, C.D. 2115), the claim of the plaintiff was sustained.

No. 64356.—Guillermo Arbona Coll, Inc. *v.* United States, protest 58/383 (San Juan, P.R.).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Pan American Standard Brands, Inc., et al.* v. *United States* (43 Cust. Ct. 122, C.D. 2115), the claim of the plaintiff was sustained.

No. 64357.—The Danwill Company *v.* United States, protest 59/27528(B) (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

(209)